Receipt # 11091138  12/27/10
KeB

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

PHILLIP W. & MARLA B. POELLER        B-09-13094-K

Debtors

     IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Phillip & Marla Poeller, 4 Wilson Parkway, Lockport, NY  14094

     AND IT

     FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

     Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $5.01 representing unclaimed funds belonging to the above-named debtors.

Dated:  December 16, 2010  _____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE



FILED
DEC 27 2010
BANKRUPTCY COURT
BUFFALO, N.Y.